1  Michelle L. Roberts, State Bar No. 239092
    Email: mlr@ssrlawgroup.com
2  Cassie Springer-Sullivan, State Bar No. 221506
    Email: css@ssrlawgroup.com
3  SPRINGER-SULLIVAN & ROBERTS LLP
   410 - 12th Street, Suite 325
4  Oakland, CA 94607
   Tel:  510.992.6130
5  Fax: 510.280.7564

6  *Attorneys for Plaintiff*

7

8

9                 IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  YOUNA LI,                           )  Case No. C09-04310 JF
                                        )
13              Plaintiff,              )
        vs.                             )  **STIPULATED DISMISSAL AND**
14                                      )  **[PROPOSED] ORDER**
                                        )
15  THE MCAFEE EMPLOYEE BENEFIT         )
    PLAN; HARTFORD LIFE AND ACCIDENT    )
16  INSURANCE COMPANY                   )
                                        )
17              Defendants.             )
                                        )
18                                      )
                                        )
19  _____      )

20

21      Plaintiff Youna Li ("Plaintiff") and Defendants The McAfee Employee Benefit Plan and

22  Hartford Life and Accident Insurance Company (referred to collectively as the "parties") have

23  reached a resolution of this matter.  The parties agree to dismiss this action in its entirety with

24  prejudice, pursuant to Fed.R.Civ.P. 41(a).  Each party shall bear its own fees and costs.

25  / / /

26  / / /

27  / / /

28

STIPULATED DISMISSAL                                                                     Page 1

1 | Dated: December 10, 2009                     Respectfully submitted,

2 |                                              SPRINGER-SULLIVAN & ROBERTS LLP

3 |
4 |                                       By:      /s/
                                                 Michelle L. Roberts
5 |                                               *Attorneys for Plaintiff*

6 | Dated: December 10, 2009                     SEDGWICK, DETERT, MORAN & ARNOLD LLP

7 |
8 |                                       By:      /s/
                                                 Michelle McIsaac
9 |                                               Attorneys for Defendants

10 |

11 |    The Court hereby dismisses this action with prejudice.

12 |    **SO ORDERED**.

13 |

14 | Date:  12/11/09                             _____
                                                 HONORABLE JEREMY FOGEL
15 |                                              U.S. DISTRICT COURT JUDGE

STIPULATED DISMISSAL                                                        Page 2